**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Michael BROWN, a/k/a Rasheem Russell, a/k/a Hakeem Brown, a/k/a Rasheem Jamal Russell, a/k/a Michael Haseem Brown, Defendant—Appellant.**

No. 08–7527.

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2009.

Decided: June 22, 2009.

Michael Brown, Appellant Pro Se. Kathleen Marie Kahoe, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Brown appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brown,* No. 1:01–cr–00023–CMH–1 (E.D. Va. filed July 14, 2008 & entered July 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*